UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DERRELL SMITH, on behalf of himself individually and all others similarly situated

                            Plaintiff,

              Case No.: 08-cv-0499

     -against-

                                      **NOTICE OF**
                                    **VOLUNTARY DISMISSAL**
ASSET ACCEPTANCE, LLC.,                      **(LLS)**

                             Defendant.
------------------------------------------------------------------------X

      The Plaintiff, by and through his attorneys, hereby consents to dismissal of the above-entitled action with prejudice and without costs to either party.

Dated: New York, New York
       April 8, 2008.

                                                          SO ORDERED:

_____         _____
NOVLETTE R. KIDD, ESQ. (NK 2552)       HON. LOUIS L. STANTON, U.S.D.J.
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 3302
New York, New York 10123
Tel:(212)268-2128
Fax:(212)268-2127