☐ ORIGINAL

STANTON, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DERRELL SMITH, on behalf of himself individually and all
others similarly situated

                                      Plaintiff,

            -against-

Case No.: 08-cv-0499

NOTICE OF
VOLUNTARY DISMISSAL
(LLS)

ASSET ACCEPTANCE, LLC.,
                                  Defendant.
------------------------------------------------------------X

The Plaintiff, by and through his attorneys, hereby consents to dismissal of the above-entitled action with prejudice and without costs to either party.

Dated: New York, New York
       April 8, 2008.

SO ORDERED:

_____
NOVLETTE R. KIDD, ESQ. (NK 2552)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 3302
New York, New York 10123
Tel:(212)268-2128
Fax:(212)268-2127

_____
HON. LOUIS L. STANTON, U.S.D.J.

MICROFILMED APR 1 1 2008 -9 00 AM

Returned to chambers for scanning on 4-11-08
Scanned by chambers on _____